# United States Bankruptcy Court
## District of Minnesota

In Re:                                                                              Case No. 10-40648

**Home Valu, Inc.**                                                  Chapter 7

              **Debtor**

### Withdrawal of Previously Filed Claim of Select Surfaces, Inc.

Please take NOTICE that creditor claimant herein Select Surfaces, Inc. hereby withdraws its previously filed creditor claim # 351

Dated: May 4, 2011

*/s/ David E. Albright*

---
David E. Albright #165499
Attorney for Claimant
4120 Lexington Way
Eagan, MN 55123
651-209-3103
dalbright@frontiernet.net

1