# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 7 |
| Home Valu, Inc. ) | Case No. 10-40648-NCD |
| ) | |
| Debtor ) | |

## NOTICE OF SALE

To: The United States Trustee, all creditors and other parties in interest.

On June 30, 2011, or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor named above will sell property of the estate as follows:

Estate's interest in 14 year old standby generator identified as model 80DGDA with its associated components. Serial number D970635460.

TO: Magnus Incorporated for the sum of $3150

Magnus Incorporated will provide the electrical de-installation and removal of the aforementioned equipments and their associated components utilizing licensed electricians and rigging company to de-install,

Trustee believes that said offer is in the best interest of creditors because all computer equipment has been removed and Trustee believes that a backup generator is no longer necessary.

The Trustee requests that the stay pursuant to Bankruptcy Rule 6004(g) be waived and not be applied to this sale because the offer received expires 30 days from May 31, 2011. The Assets are sold "as is" without any representations and warranties.

**OBJECTION: MOTION: HEARING.** Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court **will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.**

| Clerk of Court | United States Trustee | Trustee |
|---|---|---|
| 301 U.S. Courthouse | 1015 U.S. Courthouse | (see address below) |
| 300 S. Fourth St. | 300 S. Fourth St. | |
| Minneapolis, MN 55415 | Minneapolis, MN 55415 | |

Dated: June 7, 2011

/e/Timothy D. Moratzka
TIMOTHY D. MORATZKA
1400 AT&T TOWER
901 MARQUETTE AVENUE
MINNEAPOLIS, MN 55402-2859
(612) 305-1400

1395281.1-TDM